# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

Leann Clapsaddle

                                **CIVIL NUMBER:  3:23-cv-00038-RGE-SBJ**

               Plaintiff(s),

v.                                **JUDGMENT IN A CIVIL CASE**

Martin J. O'Malley, Commissioner of
Social Security

               Defendant(s),

☐ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED**:

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation [14], the decision denying plaintiff's application for Social Security disability benefits is affirmed. Judgment is entered in favor of the Defendant and against the Plaintiff.

Date:  August 30, 2024

                              CLERK, U.S. DISTRICT COURT

                              /s/  S. Lancaster
                              _____

                              By: Deputy Clerk